## Commonwealth *v.* Watts, Appellant.

Submitted September 13, 1965. *French Watts,* appellant, in propria persona; *Vincent C. Veldorale* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.